UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD MINNESOTA, NORTH DAKOTA, SOUTH DAKOTA, and CAROL E. BALL, M.D., <br><br> Plaintiffs, <br><br> vs. <br><br> DENNIS DAUGAARD, Governor, MARTY JACKLEY, Attorney General, DONEEN HOLLINGSWORTH, Secretary of Health, Department of Health, and MARY S. CARPENTER, President, Board of Medical and Osteopathic Examiners, in their official capacities, <br><br> Defendants. <br><br> ALPHA CENTER and BLACK HILLS CRISIS PREGNANCY CENTER, d/b/a Care Net Pregnancy Resource Center, <br><br> Intervenors. | CIV. 11-4071-KES <br><br><br> AMENDED ORDER GRANTING JOINT MOTION BY ALL PARTIES TO MODIFY SCHEDULING ORDER |

Pursuant to the joint motion by all parties to modify scheduling order, it is

ORDERED that the motion (Docket 153) is granted as follows:

1. Uniform Guidelines will be produced by **June 5, 2015**.

2. Expert rebuttal reports will be produced by **July 13, 2015**.

3. All discovery, including interrogatories, document requests, depositions, and expert discovery, will be completed by **April 13, 2016**.

4. All motions, other than motions in limine, together with supporting briefs, will be filed and served by **July 13, 2016**.

Dated May 28, 2015.

        BY THE COURT:

        /s/ *Karen E. Schreier*
        KAREN E. SCHREIER
        UNITED STATES DISTRICT JUDGE