# THE CASSIDY LAW FIRM, L.L.C.
## ATTORNEYS AT LAW

HAROLD J. CASSIDY

THOMAS J. VIGGIANO, III
DEREK M. CASSIDY*
JOSEPH R. ZAKHARY*
* NJ and NY Bars

750 BROAD STREET
SUITE 3
SHREWSBURY, NEW JERSEY 07702

TELEPHONE (732) 747-3999
FACSIMILE (732) 747-3944

E-MAIL:
HJC@HAROLDCASSIDY.COM

October 3, 2022

The Honorable Karen E. Schreier
United States District Judge
United States Courthouse
400 S. Phillips Ave Room 233
Sioux Falls, SD 57104

        RE:   *Planned Parenthood et al. v. Noem et al.*
               Docket No.: Civ. 4:11-4071-KES

Dear Judge Schreier:

     This Firm represents the Intervenors Alpha Center Pregnancy Help Center and Black Hills Pregnancy Help Center in the above-referenced matter.

     On September 30, 2022, the Plaintiffs and the State Defendants filed a Joint Motion to Dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) (ECF 396).

     Intervenors oppose that application and will be filing a response within the 21 calendar day period fixed by Local Rule 7.1 (B) and respectfully request oral argument on this matter.

     Thank you for your very kind courtesies on this matter.

                     Very truly yours,

                     Harold J. Cassidy
                     THE CASSIDY LAW FIRM, LLC
                     Attorneys for Intervenors

Cc:   Paul S. Swedlund, A.A.G.
       Stephen D. Bell, Esq.
       Michael Drysdale, Esq.

Diana Salgado, Esq.
Jennifer Sandman, Esq.
Brigitte Amiri, Esq.